UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INFORMATION 2nd

      - v. -                       :     07 Cr.         (    )

ZU HUA SHI,                        :

              Defendant            :

- - - - - - - - - - - - - - - - - - - -x

07 CRIM 1072

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

### COUNT ONE
(Conspiracy To Engage
In The Sale Of Contraband Cigarettes)

The United States Attorney charges:

1. From at least in or about November 2006, up through and including on or about January 13, 2007, in the Southern District of New York and elsewhere, ZU HUA SHI, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 18, United States Code, Section 2342(a).

2. It was a part and an object of the conspiracy that ZU HUA SHI, the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did ship, transport, receive, possess, sell, distribute, and purchase contraband cigarettes, to wit, a quantity in excess of 10,000 cigarettes sold in New York State that bear no evidence of the payment of applicable New York State cigarette taxes, in

violation of Title 18, United States Code, Section 2342(a).

## OVERT ACT

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts were committed in the Southern District of New York and elsewhere:

   a.  On or about January 12, 2007, in Brooklyn, New York, ZU HUA SHI, the defendant, received a quantity of contraband cigarettes from a co-conspirator not named as a defendant herein.

   b.  On or about January 13, 2007, in New York, New York, a co-conspirator not named as a defendant herein transferred money to another co-conspirator not named as a defendant herein.

(Title 18, United States Code, Section 371.)

## COUNT TWO
(Sale Of Contraband Cigarettes)

The United States Attorney further charges:

4.  From at least in or about 2002, up through and including on or about January 13, 2007, in the Southern District of New York and elsewhere, ZU HUA SHI, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did ship, transport, receive, possess, sell, distribute, and purchase contraband cigarettes, to wit, SHI and his accomplices sold in New York State more than 10,000 cigarettes that bore no evidence

of the payment of applicable New York State cigarette taxes.

(Title 18, United States Code, Sections 2342(a), 2344(a), and 2.)

*[signature: Michael Garcia]*
MICHAEL J. GARCIA
United States Attorney

<u>November 28, 2007</u>        <u>U.S.A. v. ZU HUA SHI</u>        <u>07 Cr. 0_____(JSR)</u>

**Waiver of Indictment and Information filed.**
Deft present with atty Deidre Von Durnam, Ausa Lisa Zornberg, Court reporter and Foo Chow Interpreter Mary Wang
Bail set at $100,000 PRB, deft to be released on his own signature.

**RAKOFF, J.**