```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
            -v-                     :    07 Cr. 1072 (JSR)
                                    :
ZU HUA SHI                          :    ORDER
                                    :
            Defendant               :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

**It Is Hereby Ordered** that this case be unsealed and all previously sealed documents unsealed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         June 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-17-08