UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

      - v. -                    :    NOTICE OF INTENT
                                             TO FILE AN INFORMATION
ZU HUA SHI,                       :

                 Defendant.     :    07 CRIM 1072

- - - - - - - - - - - - - - - - -x

JUDGE RAKOFF

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          November __, 2007

                                   MICHAEL J. GARCIA
                                   United States Attorney

               By:    _____
                    W.S. WILSON LEUNG
                    Assistant United States Attorney

              AGREED AND CONSENTED TO:

               By:    _____
                    DEIRDRE VON DORNUM, ESQ.
                    Attorney for ZU HUA SHI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07