# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

-v-

ZU HUA SHI,                Defendant.

Docket Number: **07 CR. 1072 (JSR)**

HONORABLE JED S. RAKOFF
(District Court Judge)

Notice is hereby given that the defendant ZU HUA SHI appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____ (specify)

entered in this action on 06/11/08 (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns: conviction only [ ]: sentence only [✓]: conviction and sentence [ ].

Date: **JULY 2, 2008**

TO:
STEVE C. LEE, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEWYORK, NY 10007

ZU HUA SHI
61-35 168TH STREET
FRESH MEADOWS, NY 11365

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

## ➤ QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

## ➤ TRANSCRIPT ORDER

Prepare transcript of:
[✓] Pre-trial proceedings  11/28/07
[ ] Trial
[✓] Sentence  6/11/08
[ ] Post-trial proceedings

➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature: DEIRDRE VON DORNUM, ESQ.
*Deirdre Von Dornum/EJ*

DATE: **JULY 2, 2008**

## ➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL