# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 28, 2008

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7-29-08

Re: **United States v. Shi**
07 Cr. 1072-01 (JSR)

Dear Judge Rakoff:

Pursuant to my conversation with your deputy, Rigoberto Landers, and with the consent of the government, I write to respectfully ask the Court to extend Mr. Shi's voluntary surrender date by 60 days. On June 11, 2008, you sentenced Mr. Shi to 30 days of imprisonment. He is currently scheduled to report to FCI McKean Satellite Camp on August 11, 2008. Mr. Shi and his family run a Chinese restaurant, their only source of income, and are deeply in debt. Mr. Shi has been searching for someone to run the restaurant in his absence, so that it will not have to close, which would result in extreme financial hardship for his family, but the only trusted person he has been able to find is not available to help out until early October. For this reason, I ask the Court to allow him to surrender to begin his 30-day sentence on October 11, 2008.

Respectfully submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (718) 330-1208

cc: Assistant U.S. Attorney Steve C. Lee (Via Facsimile)

7/28/08
Granted, but there will be no further extensions on any ground whatsoever.
SO ORDERED
Jed S. Rakoff, USDJ

TOTAL P.002