# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _____

---------------------------------------------
United States of America

USCA NO. 08-3358-cr

SDNY NO. 07-CR-1072
JUDGE: Rakoff
DATE: 8/5/08

-v-

Zu Hua Shi
---------------------------------------------

*U.S. DISTRICT COURT FILED AUG 0 5 2008 S.D. OF N.Y.*

### INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) Eric Price
FIRM Federal Defenders of NY Inc.
ADDRESS 52 Duane St 10th Fl
         NY NY 10007
PHONE NO. (212) 417-8742

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENTS**                                                      **DOC#**

_____
_____ Clerk's Certificate _____
_____
_____ See Attached List of Numbered Documents _____
_____
_____ Only Circled Documents Included _____
_____

(✓) Original Record                        (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the __5th__ Day of __Aug__, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Zu Hua Shi

U.S.C.A. # 08-3358-cr

U.S.D.C. # 07-cr-1072

JUDGE: Rakoff

DATE: 8/5/08

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 10, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 6th Day of AUG In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, ECF

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:07-cr-01072-JSR-1
### Internal Use Only

Case title: USA v. Shi

Date Filed: 11/28/2007
Date Terminated: 06/17/2008

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | 1 | SEALED INFORMATION (Felony) as to Sealed Defendant #1 (1) count(s) 1, 2. (jm) (Entered: 06/18/2008) |
| 06/17/2008 | 2 | Order to Unseal Information as to Sealed Defendant #1.. (Signed by Judge Jed S. Rakoff on 6/17/08)(jm) (Entered: 06/18/2008) |
| 06/17/2008 | | INFORMATION UNSEALED as to Zu Hua Shi. (jm) (Entered: 06/18/2008) |
| 06/17/2008 | | Case Designated ECF as to Zu Hua Shi. (jm) (Entered: 06/18/2008) |
| 06/17/2008 | 3 | NOTICE OF INTENT TO FILE an Information by U.S.A. as to Zu Hua Shi. (Document originally filed 11/16/07) (jm) (Entered: 06/18/2008) |
| 06/17/2008 | - | Judge update in case as to Zu Hua Shi. Judge Judge Jed S. Rakoff added. Judge Judge Unassigned no longer assigned to case.. (jm) (Entered: 06/18/2008) |
| 06/17/2008 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:Initial Appearance as to Zu Hua Shi held on 6/17/2008. Defendant present with attorney Deirdre Von Dornum. AUSA Zornberg, Court Reporter and Foo Chow Interpreter Mary Wang also present. Waiver of Indictment and Information filed. Bail set as $100,000 PRB; Deft. to be released upon his signature; travel limited to Continental U.S.; no pretrial supervision. (jm) (Entered: 06/18/2008) |
| 06/17/2008 | 4 | WAIVER OF INDICTMENT by Zu Hua Shi. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:Arraignment as to Zu Hua Shi (1) Count 1,2 held on 6/17/2008. Deft present with atty Deirdre Von Dornum, AUSA Lisa Zornberg, Court reporter and Foo Chow Interpreter Mary Wang. The deft entered a plea of guilty. PSI ordered. Sentencing set for May 28 at 4:00pm. Bail set at $100,000 PRB, deft to be released on his own signature. Travel restricted to continental US. No Pretrial supervision. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Plea entered by Zu Hua Shi (1) Guilty as to Count 1,2. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Order of Referral to Probation for Presentence Investigation and Report as to Zu Hua Shi. (Signed by Judge Jed S. Rakoff on 6/17/08)(jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: as to Zu Hua Shi; Sentencing set for 5/28/2008 at 04:00 PM before Judge Jed S. Rakoff. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:Sentencing held on 6/17/2008 for Zu Hua Shi (1) Count 1,2. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Attorney update in case as to Zu Hua Shi. Attorney Deirdre Von Dornum for Zu Hua Shi added. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | 5 | FILED JUDGMENT IN A CRIMINAL CASE as to Zu Hua Shi (1), Pleaded guilty to Count(s) 1, 2, Imprisonment for a total term of Four Weeks. Supervised release for a term of Two Years. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2pm on August 11, 2008. Special Assessment of $200 which is due immediately. (Signed by Judge Jed S. Rakoff on 6/17/08)(jw) (Entered: 06/26/2008) |
| 06/17/2008 | 6 | ADVICE OF PENALTIES AND SANCTIONS as to Zu Hua Shi. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | 7 | PRB Bond Entered as to Zu Hua Shi in amount of $ 100,000; Deft to be released on his own signature; Travel restricted to the Continental US; Not pretrial supervision. (jw) (Entered: 06/26/2008) |
| 06/17/2008 | | Judgment entered in money judgment book as #08,1120 as to Zu Hua Shi in the amount of $ 200.00, re: 5 Judgment. (dt) (Entered: 06/26/2008) |
| 07/02/2008 | 8 | NOTICE OF APPEAL by Zu Hua Shi from 5 Judgment. (nd) (Entered: 07/07/2008) |
| 07/07/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Zu Hua Shi to US Court of Appeals re: 8 Notice of Appeal - Final Judgment. (nd) (Entered: 07/07/2008) |
| 07/23/2008 | 9 | TRANSCRIPT of Proceedings as to Zu Hua Shi held on 6/11/08 before Judge Jed S. Rakoff. (ama) (Entered: 07/23/2008) |
| 07/25/2008 | | USCA SCHEDULING ORDER as to Zu Hua Shi related to 8 Notice of Appeal - Final Judgment filed by Zu Hua Shi, USCA Case Number 08-3358-cr. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 7/16/08. Appeal Record due by 8/5/2008. (tp) (Entered: 07/29/2008) |
| 07/29/2008 | 10 | ENDORSED LETTER: As to Zu Hua Shi addressed to Judge Jed S. Rakoff from Deirdre D. von Dorum dated 7/28/2008 re: I write to respectfully ask the Court to extend Mr. Shi's voluntary surrender date by 60 days. He is currently scheduled to report to FCI McKean Satellite Camp on August 11, 2008. I ask the Court to allow him to surrender to begin his 30 day sentence on October 11, 2008. ENDORSEMENT: Granted, but there will be no further extensions on any ground whatsoever. So Ordered. (Signed by Judge Jed S. Rakoff on 7/29/2008)(D'Avanzo, Daniel) (Entered: 07/29/2008) |